| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Sanaz Sarah Bereliani, Esq. 256465**<br>**11400 W. Olympic Blvd., Suite 200**<br>**Los Angeles, CA 90064**<br>**(818) 920-8352 Fax: (888) 876-0896**<br>California State Bar Number: **275745 CA**<br>**berelianilaw@gmail.com**<br><br><br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:  FORUM ENTERTAINMENT GROUP, INC* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Robin DiMaggio**<br><br><br><br><br>                                        Debtor(s). | CASE NO.: **1:17-bk-12434-VK**<br><br>ADVERSARY NO.:   **1:17-ap-01107-VK**<br><br>CHAPTER: **7** |
|---|---|

| | **UNILATERAL STATUS REPORT**<br>**[LBR 7016-1(a)(2)]** |
|---|---|
| **Forum Entertainment Group, Inc**<br>                                       Plaintiff(s).<br><br>                        vs.<br><br>**Robin DiMaggio**<br>                                       Defendant(s). | DATE:            **February 6, 2019**<br>TIME:            **1:30 PM**<br>COURTROOM: :  **301**<br>PLACE:          **21041 Burbank Blvd,**<br>                        **Woodland Hills, CA 91367** |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.**     **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc? (Claims Documents)     ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?     ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?     ☐ Yes  ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?     ☒ Yes  ☐ No
   If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*: **Currently there is a Motion for Default Judgment Pending; Answer**
5. **has been Stricken.**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 1                              **F7016-1.STATUS.REPORT**

**B.**   **READINESS FOR TRIAL:**

  1.   When will you be ready for trial in this case?

<u>Plaintiff</u>                                          <u>Defendant</u>

**N/A, proceeding with Motion for Default Judgment, there has been no response filed.**

  2.   If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay:

<u>Plaintiff</u>                                          <u>Defendant</u>

**N/A**

  3.   When do you expect to complete <u>your</u> discovery efforts?

<u>Plaintiff</u>                                          <u>Defendant</u>

**N/A, proceeding with Motion for Default Judgment, there has been no response filed.**

  4.   What additional discovery do you require to prepare for trial?

<u>Plaintiff</u>                                          <u>Defendant</u>

**N/A, proceeding with Motion for Default Judgment, there has been no response filed.**

**C.**   **TRIAL TIME:**

  1.   What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

<u>Plaintiff</u>                                          <u>Defendant</u>

**If necessary to go to trial, 4 days**

  2.   How many witnesses do you intend to call at trial (*including opposing parties*)?

<u>Plaintiff</u>                                          <u>Defendant</u>

**If necessary to go to trial, over 15.**

  3.   How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>                                          <u>Defendant</u>

**If necessary to go to trial, over 30**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 2                          **F7016-1.STATUS.REPORT**

**D.**   **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<table>
<tr><td><u>Plaintiff</u></td><td><u>Defendant</u></td></tr>
<tr><td>Pretrial conference ☐ is ☒ is not requested.</td><td>Pretrial conference ☐is ☐ is not requested.</td></tr>
<tr><td>Reasons: _____</td><td>Reasons: _____</td></tr>
</table>

<table>
<tr><td><u>Plaintiff</u></td><td><u>Defendant</u></td></tr>
<tr><td>Pretrial conference should be set <u>after</u>:</td><td>Pretrial conference should be set <u>after</u>:</td></tr>
<tr><td>(date)   N/A _____</td><td>(date) _____</td></tr>
</table>

**E.**   **SETTLEMENT:**

1.   What is the status of settlement efforts?
   **N/A, proceeding with Motion for Default Judgment, there has been no response filed.**

2.   Has this dispute been formally mediated?   ☐ Yes   ☐ No
   If so, when?

3.   Do you want this matter sent to mediation at this time?

<table>
<tr><td><u>Plaintiff</u></td><td><u>Defendant</u></td></tr>
<tr><td>☐ Yes   ☒ No</td><td>☐ Yes   ☐ No</td></tr>
</table>

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F.**    **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<table>
<tr><td align="center">Plaintiff</td><td align="center">Defendant</td></tr>
<tr><td>☒    I do consent<br>☐    I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td><td>☐    I do consent<br>☐    I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td></tr>
</table>

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**G.**   **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

On or about January 17, 2019, Plaintiff filed supplemental declaration(s) in support of the Motion for Default Judgment as docket numbers 70 and 71.

Respectfully submitted,

Date:   January 30, 2019

Bereliani Law Firm, PC
Printed name of law firm

Signature
Sanaz Sarah Bereliani, Esq.
Printed name
Attorney for:   Forum Entertainment Group, Inc

Date:

Printed name of law firm

Signature
Printed name
Attorney for:

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**11400 W. Olympic Blvd., Suite 200**
**Los Angeles, CA 90064**

A true and correct copy of the foregoing document entitled (*specify*):    **Unilateral Status Report**    will be served or was served **(a)** on
the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On   **1/30/2019**   , I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

- Sheila Esmaili selaw@bankruptcyhelpla.com
- David Seror (TR) mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On   **1/30/2019**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours
after the document is filed.

Robin DiMaggio              Hon. Victoria S Kaufman
5737 Kanan Road, #117       21041 Burbank Blvd, Ctrm 301
Agoura Hills, CA 91301      Woodland Hills, CA 91367

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each**
**person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by
personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/30/2019 | Chris Ugarteche | /s/ Chris Ugarteche |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.