| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sanaz Sarah Bereliani, Esq.<br>BERELIANI LAW FIRM, PC<br>11400 W. Olympic Blvd., Suite 200<br>Los Angeles, CA 90064<br>(818) 920-8352  Fax: (888) 876-0896<br>California State Bar Number: 256465 CA | **FILED & ENTERED**<br><br>**FEB 22 2019**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Bever    DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for:*    Forum Entertainment Group, Inc | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>ROBIN DIMAGGIO<br><br>                                              Debtor(s)<br><br>FORUM ENTERTAINMENT GROUP, INC<br><br>                                              Plaintiff(s),<br><br>                    vs.<br><br>ROBIN DIMAGGIO<br><br>                                              Defendant(s). | CASE NO.: 1:17-bk-12434-VK<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 1:17-ap-01107-VK<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: February 6, 2019<br>TIME: 2:00 PM<br>COURTROOM: 301<br>PLACE: 21041 Burbank Blvd.<br>           Woodland Hills, CA 91367 |

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment, as follows:

1. Judgment shall be entered in favor of Plaintiff *(specify name)*:  **FORUM ENTERTAINMENT GROUP, INC.**
   and against Defendant *(specify name)*:  **ROBIN DIMAGGIO**

2. a. ☒ Plaintiff is awarded damages in the following amount:                            $ **259,525.00**

   b. ☐ Plaintiff is awarded costs in the following amount:                                $ _____

   c. ☐ Plaintiff is awarded attorney fees in the following amount:                    $ _____

   d. ☐ ~~Plaintiff is awarded interest at the rate of 10% per year from the following date to the date of entry of this judgment~~ *(specify date from which interest shall begin to run)*:  ~~**February 6, 2019**~~

---

This form is optional.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                     Page 1                                       **F 7055-1.2.DEFAULT.JMT**

    e.    ☒ Plaintiff is granted the following relief *(specify)*:  under 11 U.S.C. 727(a)(4) as to the false oath regarding the debt owed to the plaintiff.

        ☐ See Attached Page

3.    ☒ This Judgment or claim is determined to be non-dischargeable under:  ☒ Bankruptcy Code § 523(a)(2)(A) and (a)(4)

       ☐ Other *(specify)*:

4.    ☐ The Court further orders:

       ☐ See Attached Page

###

Date: February 22, 2019

Victoria S. Kaufman
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 2    F 7055-1.2.DEFAULT.JMT