United States Bankruptcy Court
Central District of California

Forum Entertainment Group, Inc.,
          Plaintiff                                          Adv. Proc. No. 17-01107-VK

DiMaggio,
          Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: sbeverC          Page 1 of 1          Date Rcvd: Feb 22, 2019
                             Form ID: pdf031        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
pla           +Forum Entertainment Group, Inc.,   Forum Entertainment Group, Inc.,   2808 Lexington Avenue,
                El Monte, CA 91733,   UNITED STATES 91733-2314
dft           +Robin DiMaggio,   5737 Kanan Rd., #117,   Agoura Hills, CA 91301-1601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Interested Party
                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
          David  Seror (TR)    aquijano@bg.law,   C133@ecfcbis.com
          Sanaz S Berelian   on behalf of Plaintiff   Forum Entertainment Group, Inc.
          berelianilaw@gmail.com,   chris@berelianilaw.com;r48595@notify.bestcase.com
          Sheila  Esmaili   on behalf of Attorney   Interested Party selaw@bankruptcyhelpla.com
          United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
                                                                        TOTAL: 4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sanaz Sarah Bereliani, Esq.<br>BERELIANI LAW FIRM, PC<br>11400 W. Olympic Blvd., Suite 200<br>Los Angeles, CA 90064<br>(818) 920-8352 Fax: (888) 876-0896<br>California State Bar Number: 256465 CA | **FILED & ENTERED**<br><br>**FEB 22 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Bever      DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for:*    Forum Entertainment Group, Inc | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>ROBIN DIMAGGIO<br><br>Debtor(s) | CASE NO.: 1:17-bk-12434-VK<br>CHAPTER: 7<br>ADVERSARY NO.: 1:17-ap-01107-VK |
|---|---|
| FORUM ENTERTAINMENT GROUP, INC<br><br>Plaintiff(s),<br><br>vs.<br><br>ROBIN DIMAGGIO<br><br>Defendant(s). | **DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: February 6, 2019<br>TIME: 2:00 PM<br>COURTROOM: 301<br>PLACE: 21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment, as follows:

1.   Judgment shall be entered in favor of Plaintiff *(specify name)*:  **FORUM ENTERTAINMENT GROUP, INC.**
     and against Defendant *(specify name)*:  **ROBIN DIMAGGIO**

2.   a.  ☒  Plaintiff is awarded damages in the following amount:                          $ **259,525.00**

     b.  ☐  Plaintiff is awarded costs in the following amount:                             $ _____

     c.  ☐  Plaintiff is awarded attorney fees in the following amount:                      $ _____

     d.  ☐  ~~Plaintiff is awarded interest at the rate of 10% per year from the following date to the date of entry of this judgment~~ *(specify*
             *date from which interest shall begin to run)*:  ~~**February 6, 2019**~~

---

This form is optional.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 1                                      **F 7055-1.2.DEFAULT.JMT**

e. ☒ Plaintiff is granted the following relief *(specify)*:   under 11 U.S.C. 727(a)(4) as to the false oath regarding the debt owed to the plaintiff.

☐ See Attached Page

3. ☒ This Judgment or claim is determined to be non-dischargeable under: ☒ Bankruptcy Code § 523(a)(2)(A) and (a)(4)

☐ Other *(specify)*:

4. ☐ The Court further orders:

☐ See Attached Page

### ###

Date: February 22, 2019

Victoria S. Kaufman
United States Bankruptcy Judge

---

This form is optional.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.